# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2968

_____

Samuel Lewis Taylor

*Plaintiff - Appellant*

v.

Troy Steele

*Defendant*

Michael Miller; Kevin Culton

*Defendants - Appellees*

Carl Gravett

*Defendant*

Clive Hedrick

*Defendant - Appellee*

Eric Dunn

*Defendant*

John Schneedle; Jason Crawford

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 5, 2018
Filed: July 10, 2018
[Unpublished]

_____

Before WOLLMAN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action brought by Missouri Department of Corrections inmate Samuel Taylor against Potosi Correctional Center staff, Taylor appeals following the district court's[1] adverse grant of summary judgment on his retaliation claims. Following careful de novo review, we agree with the district court that there is insufficient support in the record for Taylor's contention that defendants' actions were motivated by retaliation. See Lewis v. Jacks, 486 F.3d 1025, 1028-29 (8th Cir. 2007). We also conclude that support is lacking for Taylor's claims involving a conspiracy, denial of court access, or any other constitutional deprivation to the extent alleged against the appellees; and that the district court did not abuse its discretion with regard to ruling on motions to compel and to strike. The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.